UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                       CASE NO. 08-45091-WSD

JEREMY LITTLE                          CHAPTER 13 PROCEEDINGS

STEPHANIE LITTLE                  HON. WALTER SHAPERO.DETROIT

_____ Debtors _____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

    The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| JEREMY LITTLE STEPHANIE LITTLE 14102 COUNTR BELLEVILLE, MI 48111-0000 SSN: XXX-XX-0191 or XXX-XX-0704 | N/A | N/A | DEBTOR REFUND | 1293268 | 8/9/10 | $ 3.72 |

DATED: August 26, 2010

/s/ TAMMY L. TERRY
_____
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930     8823921
DETROIT, MICHIGAN 48231-1930

0845091 00000 017414 1293268
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 08/09/2010                                                            Check No: 1293268
Payee: CLERK OF US BANKRUPTCY COURT

| 0845091 | JEREMY LITTLE & STEPHANIE LITTLE | | | 3.72 | 0.00 | 3.72 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000  TYPE: | Balance: | | 0.00 | |

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**TAMMY L. TERRY**
**TRUSTEE**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79
611

**CHECK NO. 1293268**
SunTrust Bank

FOR    JEREMY LITTLE and STEPHANIE LITTLE
BK:0845091  ACCT:
PRIN:      3.72    INT.        0.00

DATE Aug 09, 2010

AMOUNT
**********3.72

PAY    3.72

Three And 72 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $3.72
VOID 90 DAYS AFTER DATE

TO
THE
ORDER
OF

CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

Tammy L. Terry
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

JEREMY LITTLE
STEPHANIE LITTLE

CASE NO. 08-45091-WSD
CHAPTER 13 PROCEEDINGS
HON. WALTER SHAPERO.DETROIT

                    Debtors
_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**FREGO & BRODSKY PLC**
**23843 JOY ROAD**
**DEARBORN HEIGHTS, MI 48127**

**Last Known Address for Debtors:**

**JEREMY LITTLE**
**STEPHANIE LITTLE**
**14102 COUNTR**
**BELLEVILLE, MI 48111**

DATED: August 26, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100